(November 3, 1923.)

THE BANK OF ROBERTS, a Corporation, Respondent, v. CHRIS OLAVESON, BERTHA OLAVESON, JAMES OLAVESON and JOAN OLAVESON, Defendants; MENAN MILLING COMPANY, LTD., a Corporation, and E. M. STAKER, Appellants.

[221 Pac. 563.]

APPEAL from the District Court of the Ninth Judicial District, for Jefferson County. Hon. James G. Gwinn, Judge.

Action to foreclose chattel mortgage. Judgment for plaintiff. *Affirmed.*

W. H. Holden and F. A. McCall, for Appellant E. M. Staker.

C. W. Poole, for Appellant Menan Milling Co., Ltd.

Otto E. McCutcheon and O. E. McCutcheon, for Respondent.

BUDGE, C. J.—In this case the facts and questions of law are substantially the same as those presented to this court in the case of *The Bank of Roberts v. Olaveson et al., ante,* p. 223, 221 Pac. 560. Upon the authority of that case, the judgment of the district court is affirmed. Costs are awarded to respondent.

McCarthy, Dunn and Wm. E. Lee, JJ., concur.